# CASE ANNOUNCEMENTS

*November 17, 2010*

[Cite as *11/17/2010 Case Announcements*, 2010-Ohio-5566.]

## MOTION AND PROCEDURAL RULINGS

**2010–1982.   State v. Daley.**
Cuyahoga App. No. 95689. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On November 15, 2010, the appellant filed a motion for emergency stay of the trial court order.

It is ordered by the court, sua sponte, that appellee shall file a response to appellant's motion for emergency stay no later than 9 a.m. on Friday, November 19, 2010.

# CASE ANNOUNCEMENTS

*November 18, 2010*

[Cite as *11/18/2010 Case Announcements*, 2010-Ohio-5565.]

## MOTION AND PROCEDURAL RULINGS

**2010–1721.   Third Fed. Sav. Bank v. Cox.**
Cuyahoga App. No. 93950, 2010-Ohio-4133. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for immediate stay of the court of appeals' judgment and trial court hearing on remand,

It is ordered by the court that the motion is denied.

# CASE ANNOUNCEMENTS

*November 19, 2010*

[Cite as *11/19/2010 Case Announcements*, 2010-Ohio-5613.]

## MOTION AND PROCEDURAL RULINGS

**2010–1655.   State ex rel. Varnau v. Wenninger.**
Brown App. No. CA2009-02-010, 2010-Ohio-3813. This cause is pending before the court as an appeal from the Court of Appeals for Brown County. Upon consideration of appellant's amended motion for stay of appeal and remand and motion for stay of briefing schedule and appellee's motion to dismiss,

It is ordered by the court that the amended motion for stay of appeal and remand and the motion to dismiss are denied, and the motion to stay briefing schedule is denied as moot.

LUNDBERG STRATTON, J., dissents.